44 So.2d 638

**Clyde A. FAGAN v. STATE.**

**2 Div. 275.**

Supreme Court of Alabama.

Oct. 13, 1949.

Rehearing Denied March 9, 1950.

Rogers & Evans, of Butler, for petitioner.

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Clyde A. Fagan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Fagan v. State, 44 So.2d 634.

Writ denied.

BROWN, FOSTER and SIMPSON, JJ., concur.